448 A.2d 1157

Commonwealth v. Conway, Appellant.

Argued December 1, 1980.  Frank P. Murphy, for appellant;  Joseph Hylan, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, WATKINS and MONTGOMERY, JJ.

Order affirmed.